UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CITY OF GRETNA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1173** |
| **INDIAN HARBOR INSURANCE COMPANY, ET AL** | **SECTION: "P" (4)** |

## ORDER

Pursuant to the Court's Order and Reasons granting the Motion to Lift Stay and Consolidate Cases,[1] **IT IS ORDERED** that:

1. The above-captioned matter is **CONSOLIDATED** with Civil Action No. 23-1175, Civil Action No. 23-1176, and Civil Action No. 23-5938.

2. The above-captioned matter, as the lowest-numbered case, is hereby designated as the lead consolidated case.

3. All documents hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

4. All documents shall be filed in the record of the lead consolidated case only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

5. In the event that a case is separated from the consolidated group, it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation with the clerk within seven days of the deconsolidation order.

6. The temporary stay previously issued in these cases[2] is hereby **LIFTED**.

New Orleans, Louisiana, this 20th day of May 2024.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 15.
[2] Civil Action No. 23-1173, R. Doc. 12; Civil Action No. 23-1175, R. Doc. 13; Civil Action No. 23-1176, R. Doc. 12.